DAVID T. MCDONALD
Sherlag De Muniz, LLP
OSB #862430
820 NW 12th Ave., #106
Portland, Oregon 97209
(503) 227-5200
david@sherlagdemuniz.com

Attorney for the Accused, Jason Venable

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO.   3:15-cr-00150-JO-12 |
| v. | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| JASON VENABLE | |
| Accused. | |

JONES, United States District Court Judge:

      This matter is before the Court on the Mr. Venable's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (document # 475) entered on September 10, 2020. Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective 72 hours after the issuance of this order, to be followed by five years of supervised release. All of the terms and conditions of supervised release set forth in the Judgment dated February 3, 2021 shall remain in full force and effect, with the added condition that Mr. Venable will serve one year of home confinement subject to the conditions contained in the amended judgment.

      In addition, as it is anticipated that the defendant will be released to the Washington State Department of Corrections and then, once processed, released from the Washington State DOC,

he is required to report to the United States Probation Office in the Eastern District of Washington in person within 48 hours of his release (excluding Saturday and Sunday) from Washington State DOC and he is ordered to live at the address approved by the U.S. Probation Office for the District of Oregon unless a change is allowed by his supervising Probation Officer or the Court.

The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community, and that this sentence reduction is consistent with any currently applicable U.S. Sentencing Commission policy statements. The Court therefore GRANTS the Defendant' Motion to Reduce Sentence.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this 26th day of July, 2021.

Hon. Robert E. Jones
United States District Judge

Submitted by:
*David T. McDonald*
David T. McDonald
Attorney for Jason Venable

Order Agreed To By:

*s/ Amy Potter*
Amy Potter
Assistant U.S. Attorney